```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 08 B 02750
    CAROLYN FORT
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-0189


---------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 02/07/2008 and was not confirmed.

     The case was dismissed without confirmation 03/06/2008.
---------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                          PAID           PAID
---------------------------------------------------------------------------

RESURGENT CAPITAL SERVIC UNSECURED        1091.02          .00            .00
ASSET ACCEPTANCE CORP    UNSECURED         597.73          .00            .00
PRO SE DEBTOR            DEBTOR ATTY         .00                          .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                           .00

       Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                                .00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                      .00
DEBTOR REFUND                                             .00
                                 --------------     --------------
TOTALS                                 .00                .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 05/26/08              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```